**UNITED STATES of America,
Appellee,**

v.

**Chucky L. WANTON, Appellant.**

No. 06–3502.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 27, 2007.

Filed: Oct. 18, 2007.

Kenneth Elser, U.S. Attorney's Office,
Fort Smith, AR, for Appellee.

Chucky L. Wanton, Texarkana, TX, pro
se.

Joseph Clayton Self, The Self Law
Firm, Fort Smith, AR, for Appellant.

Before BYE, RILEY, and MELLOY,
Circuit Judges.

---

1. The Honorable Richard H. Battey, United
   States District Judge for the District of South
   Dakota.

[UNPUBLISHED]

PER CURIAM.

Chucky L. Wanton appeals the 135–month prison sentence the district court[1] imposed after he pleaded guilty to distributing more than 50 grams of crack cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii). In a brief filed under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Wanton's counsel seeks to withdraw and questions the sentence's reasonableness.

We conclude that Wanton's sentence—at the bottom of the applicable Guidelines range, and imposed following proper consideration of the 18 U.S.C. § 3553(a) factors—is not unreasonable. *See Rita v. United States,* ⸺ U.S. ⸺, 127 S.Ct. 2456, 2467–68, 168 L.Ed.2d 203 (2007) (allowing appellate presumption of reasonableness for sentences within Guidelines range); *United States v. Booker,* 543 U.S. 220, 261, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) (appellate courts review sentences for unreasonableness using § 3553(a) as guide). After reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel leave to withdraw, and we affirm.

[UNPUBLISHED]

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.